JAMES M. COVART, Appellant, *v.* JOHN W. JOHNSTON, Respondent.

(Argued January 25, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 8, 1891, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury, and dismissed the complaint.

*Lewis E. Carr* for plaintiff.

*T. F. Bush* for respondent.

Agree to affirm; no opinion

All concur.

Judgment affirmed.

---

HENRY H. WILLIAMS, Appellant and Respondent, *v.* ISAAC R. CLEMENTS, as Executor, etc., Appellant and Respondent.

(Argued January 25, 1893; decided February 10, 1893.)

CROSS-APPEALS from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 2, 1892, which reversed a judgment in favor of plaintiff, entered upon the report of a referee, and granted a new trial.

*T. F. Bush* for plaintiff.

*Daniel Finn* for defendant.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.